

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2020

No. 04-19-00891-CV

**WEBB COUNTY**,
Appellant

v.

Juan C. Garcia **LINO**, Individually and as Representative of the Estates of Suleika R. Fonseca Saldivar, Deceased, and Alessandra Juliette Garcia, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA000356D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

A copy of Appellant's notice of appeal was filed in this court on December 27, 2019. The notice does not certify that it was served on each court reporter responsible for preparing the reporter's record. *Contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

In our December 27, 2019 letter, we instructed Appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s) by January 6, 2020. To date, Appellant has not filed an amended notice of appeal.

We ORDER Marco A. Montemayor, Webb County Attorney, to file an amended notice of appeal in compliance with section 51.017(a) within TEN DAYS of the date of this order. *See id.* If Appellant fails to timely file the amended notice, we will order Marco A. Montemayor to appear before this court and show cause why he should not be held in contempt for failing to file the amended notice of appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2020.



Michael A. Cruz,
Clerk of Court